# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED
MAY - 8 2017
David J. Bradley, Clerk of Court

No. 15-20078

D.C. Docket No. 4:11-CV-3425

United States Court of Appeals
Fifth Circuit
**FILED**
June 17, 2016
Lyle W. Cayce
Clerk

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff - Appellee

v.

BASS PRO OUTDOOR WORLD, L.L.C.; TRACKER MARINE RETAIL, L.L.C.,

    Defendants - Appellants

Appeal from the United States District Court for the
Southern District of Texas, Houston

Before HIGGINBOTHAM, SOUTHWICK, and HIGGINSON, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.



Certified as a true copy and issued
as the mandate on **May 08, 2017**

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

May 08, 2017

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 15-20078    EEOC v. Bass Pro Outdoor World, L.L.C., et al  
                          USDC No. 4:11-CV-3425

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    /s/ Sabrina B. Short  
                  By: _____  
                  Sabrina B. Short, Deputy Clerk  
                  504-310-7817

cc:  
    Mr. Eric S. Dreiband  
    Mr. Michael Wayne Johnston  
    Mr. Samuel M. Matchett  
    Mrs. Jona Jene McCormick  
    Mrs. Rebecca Cole Moore  
    Mr. James Patrick Sullivan  
    Mr. James Mark Tucker  
    Mrs. Rae T. Vann