United States District Court
Southern District of Texas
**ENTERED**
July 24, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, § § § § Plaintiff, § § v. § CIVIL ACTION NO. 4:11-cv-3425 § BASS PRO OUTDOOR WORLD, LLC § and TRACKER MARINE RETAIL, LLC § § Defendants. § | |

## ORDER GRANTING PLAINTIFF EEOC'S UNOPPOSED MOTION TO AMEND

CAME ON TO BE CONSIDERED Plaintiff's Unopposed Motion to Amend. The Court, having considered the submissions of the parties, finds that Plaintiff's Unopposed Motion to Amend should be granted.

It is therefore ORDERED that Plaintiff's Unopposed Motion to Amend is hereby GRANTED.

So ORDERED and SIGNED this 24th day of July, 2017.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1